IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

XIDI LIN                                                     PETITIONER
A# 249-140-973

VERSUS                              CIVIL ACTION NO. 5:26-cv-392-DCB-BWR

WARDEN, Adams County Correctional Center, et al.            RESPONDENTS

## ORDER

This matter is before the Court on pro se Petitioner Xidi Lin's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.  He is an immigration detainee currently housed at the Adams County Detention Facility in Natchez, Mississippi.  Because Petitioner fails to state the country where he was born as designated by the U.S. Immigration and Customs Enforcement, he will have to provide that information.

IT IS ORDERED AND ADJUDGED that Petitioner is directed to file a written and signed response **on or before July 20, 2026**, and state the country of his birth as designated by Immigration and Customs Enforcement.

IT IS FURTHER ORDERED that Petitioner shall file his written response with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201.

Petitioner is warned that his failure to fully comply with this order in a timely manner or failure to keep this Court informed of his current address as required by the notice of assignment [1-3] may result in the dismissal of this cause.

SO ORDERED, this 2nd day of July, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE